INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

FILED
06/23/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

Jacob Michael Henderson

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Unknown Federal Task Force Agents

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 1:23-cv-01110-SEB-TAB
*(to be filled in by the Clerk's Office)*

Jury Trial: (check one) ☑ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

## I. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

**A.** Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

**B.** Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

_____

**C.** Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Unauthorized Search (U.S. Const. amend. IV), Deprivation of Liberty / Due Process (U.S. Const. amend. V),

_____

**D.** Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

_____

_____

_____

_____

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

_____

_____
_____
_____
_____
_____
_____
_____
_____

## II. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jacob Michael Henderson |
| Address | 10160 Split Rock Way |
| | Indianapolis, Indiana 46234 |
| | City / State / Zip Co |
| County | Hendricks County |
| Telephone Number | |
| E-Mail Address | Lmeditato@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Unknown FBI Agent |
| Job or Title (if known) | Supervisory Special Agent, DOJ |
| Address | 8825 Nelson B Klein Pkwy |
| | Indianapolis, Indiana 46250 |
| | City / State / Zip Code |
| County | Marion County |
| Telephone Number | (317) 595-4000 |
| E-Mail Address (if known) | |

☐ Individual capacity  ☑ Official capacity

**Defendant No. 2**
- Name: Unknown HSI Agent
- Job or Title (if known): Supervisory Special Agent, DHS
- Address: 302 W Washington Street Room E208
  - City: Indianapolis
  - State: Indiana
  - Zip code: 46204
- County: Marion County
- Telephone Number: (317) 232-2222
- E-Mail Address (if known):

[ ] Individual capacity  [✓] Official capacity

**Defendant No. 3**
- Name: Unknown Indiana State Police Employees
- Job or Title (if known): Federal Task Force Deputies, Indiana State Police
- Address: IGCN - 100 North Senate Avenue
  - City: Indianapolis
  - State: Indiana
  - Zip Code: 46204-2259
- County: Marion County
- Telephone Number: (317) 232-8250
- E-Mail Address (if known): ISPInternalInvestigations@isp.IN.gov

[ ] Individual capacity  [✓] Official capacity

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

10160 Split Rock Way, Indianapolis, Indiana, 1666 Williams Way, Zionsville, Indiana

B. What date and approximate time did the events giving rise to your claim(s) occur?

Between January 21st 2020 ~4pm and June 20th 2023 ~6pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See C. Statement of Facts, attached.

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Poor health from chronic sleep deprivation, extreme psychological distress requiring anxiolytic medication

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff prays for relief in the form of

1) enjoining defendants and their deputized task forces from the non-emergent use of AHDs and other "disruption" tactics on plaintiff.
2) enjoin defendants from facilitating or continuing fourth-amendment violations.
3) require defendants' internal OIG or Internal Affairs elements to review these allegations.

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 20 June 2023

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Jacob Henderson

III. Statement of Claim

I) Between approximately January 21st 2020 and the present time, a federal agent and/or employee contracted, coordinated, assigned, dispatched, or otherwise instructed 4-6 different individuals (hereafter "subordinates") across 4 neighbor properties to perform noise harassment via Acoustic Hailing Device (AHD) on Jacob Michael Henderson ("victim"). The manners in which subordinates A) located the victim inside his residence and B) made or caused to be made a sonic influence to pass onto another property, renders the victim not "secure in their persons, houses" under the Fourth Amendment. Victim verified the existence of external noise harassment via bone conductive microphones attached to his temples. Details:

Noise and verbal harassment via Acoustic Hailing Device (AHD; likely to be a Hyperspike System in whisper mode with an attached or associated imaging system, based on the characteristic ability of subordinates to track victim and describe objects in the house). Federal agent lent, rented, advised, and/or directed the use of the AHD:

- A. From 2212 Rippling Way North Apt H, Indianapolis, Indiana against 2212 Rippling Way North Apt J. Contracted individuals believed to be Chris and/or Patty Jenson. Starting December 17th 2020 and continuing until February 10 2021. Subordinates engaged in daily voice harassment.
- B. From 6530 Pike View Court, Indianapolis, Indiana against a bedroom at 6524 Pike View Court. Christmas holiday of 2021.

C. From 1664 Williams Way, Zionsville, Indiana against couches, bedrooms, and bathrooms of 1666 Williams Way. Week of September 11th, 2022. Perpetrated by Jason D Sawyer and David Grant Sawyer, a registered sex offender from Michigan who had traveled from Redford, MI, crossing state lines, in order to assist in the harassment of the victim. Crossing state lines with the intent to stalk or harass is a federal crime. In other words, supervising federal agent enabled a federal crime by informing, deputizing, equipping, or otherwise instructing the Sawyers.

D. From 10153 or 10165 Split Rock Way, Indianapolis, IN, against a house at 10160 Split Rock Way. June 16 2023 4:15 am, June 17 2023 5 am, June 18 2023 6 pm.

Additional harassment of this nature occurred in June 2021 in a hotel in Miami and a resort in Michigan, indicating that this is a federal question and of systemic nature.

II) Between approximately January 21st 2020 and the present time, a federal agent contracted, coordinated, assigned, dispatched, or otherwise instructed subordinates to engage in unlawful surveillance and searches of houses the victim visited. Based on open source research it is believed that the method of identifying geographic location is the systemic abuse of RISSnet, the Regional Information Sharing System, or a similar information-sharing app. This automation enables prolonged, continuous searches under the Fourth Amendment. The following subordinates followed the victim repeatedly into or out of neighboring buildings at the same time to advertise the unlawful audio or motion surveillance of victim's interior, and obtained overt photographs of the victim via

cellphone, for the purposes of harassing, distressing, intimidating, and/or threatening the victim.

A. License Plate TK401MUH / TK189NVP (1664 Split Rock Way), 2021-2022
B. License Plate PLC479 (6530 Pike View Court), periodic, but specific overt photography/stalking incident on June 18 2023
C. License Plate CW1646- Parked in front of friend's parents house in whitestown indiana on Feb 19 2022, 3 cars were present including this one. All lit up at the same time when I left the house, explicitly took photos, and engaged in unsafe behavior, attempting to run victim off road.
D. License Plate NAVY89- Overtly followed victim after victim researched surveillance and how to file this complaint in Indiana on his home connection in ~September 2022.
E. An armed individual living at or occupying 2141 Williams Glen Blvd engaging in physical stalking and hours-long physical stakeouts pointed directly at victim's backdoor around Williams Glen apartment complex.

III) The aforementioned actions were a conspiracy, intended to be plausibly deniable via the use of Parametric speaker technology, to deprive Mr. Henderson of liberty and due process under the Fifth Amendment. Mr. Henderson felt coerced to stay inside his house by the aggressive actions of subordinates and often had to move residences because of sleep deprivation, thereby also depriving him of liberty.